E-FILED: **5/6/10**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE GUILLERMO VIZCARRA,** ) | **CASE NO. CV 08-3507-GHK (FFMx)** |
| **Plaintiff,** ) | |
| **v.** ) | **JUDGMENT** |
| **UNIFUND FINANCIAL GROUP,** ) <br> **INC., et al.,** ) | |
| **Defendants.** ) | |

This matter having come before this Court on Plaintiff Jose Guillermo Vizcarra's ("Plaintiff") Motion for Default Judgment ("Motion") against Defendant Omar I. Deen ("Defendant");

AND, the Court having read and considered the pleadings, declarations, and exhibits submitted in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion;

AND, pursuant to our May 6, 2010 Order granting the Motion for Default Judgment, issued concurrently herewith, and good cause appearing therefore, IT IS HEREBY **ADJUDGED** THAT:

1) Plaintiff **SHALL** have judgment against Defendant in the total sum of $1,300.00.

2) The principal sum of $1,300.00 consists of: $1,000.00 in statutory damages under 15 U.S.C. § 1640 and attorneys' fees in the amount of $300.00 under Local Rule 55-3.

3) Plaintiff **SHALL** have post-judgment interest according to the statutory rate set forth in 28 U.S.C. § 1961(a).

**IT IS SO ORDERED**.

DATED: May 6, 2010

_____
GEORGE H. KING
United States District Judge